IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES WRIGHT, ADC # 142769      PLAINTIFF

v.      1:16CV00008-JLH-JJV

HUBBARD, Disciplinary Hearing Officer,
Grimes Unit; *et al.*      DEFENDANTS

## ORDER

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service is appropriate for Defendant Hubbard. Plaintiff has not provided a first name for this Defendant and the Court would **appreciate the assistance of the Arkansas Department of Correction Compliance Office in perfecting service**. The Complaint lists Defendant Hubbard as a Disciplinary Hearing Officer at the Grimes Unit.

Accordingly, the Clerk of Court shall prepare Summons for Defendant Hubbard and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), and this Order on this defendant without prepayment of fees and costs or security therefore. Service for Defendant Hubbard should be through Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 25th day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).