**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JAMES WRIGHT, ADC # 142769                                                                                     PLAINTIFF

v.                                            No. 1:16CV00008-JLH-JJV

HUBBARD, Disciplinary Hearing Officer,
Grimes Unit; *et al.*                                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Arkansas Department of Correction is DISMISSED without prejudice.

SO ORDERED this 24th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE