## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAMES WRIGHT,                                                                    PLAINTIFF
ADC # 142769

v.                           No. 1:16CV00008-JLH

HUBBARD, Disciplinary Hearing
Officer, Grimes Unit; *et al.*                                                   DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant's Motion for Summary Judgment is GRANTED. Document #14.

2.      Plaintiff's Complaint is DISMISSED with prejudice.

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 7th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE